AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

J.T., an infant under the age of eighteen, by her mother and natural guardian, SANCHIS WINT, and SANCHIS WINT, individually,

*Plaintiff(s)*

v.

Dwayne Murray; Mount Vernon Youth Basketball Assoc. Inc. d/b/a Mount Vernon Junior Knights; Friends of Mount Vernon Arts, Recreation, and Youth Programs Inc. City of Mount Vernon, and John and Jane Does1-1

*Defendant(s)*

Civil Action No. 26-cv-08969

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Dwayne Murray - Westchester County Jail, 10 Woods Road, Valhalla, NY 10595
Mount Vernon Youth Basketball Assoc. Inc. d/b/a Mount Vernon Junior Knights - c/o Dwayne Murray - Westchester County Jail, 10 Woods Road, Valhalla, NY 10595
Friends of Mount Vernon Arts, Recreation, and Youth Programs Inc. - One Roosevelt Square, Room 11, Mount Vernon City Hall, Mount Vernon, NY 10550
City of Mount Vernon - One Roosevelt Square, Mount Vernon, NY 10550

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

FLORESTAL LAW FIRM, PLLC
48 WALL STREET, SUITE 11
NEW YORK, NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: October 14, 2026

/S/ S. James
*Signature of Clerk or Deputy Clerk*



Civil Action No. 26-cv-08969

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: